UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANE E. YOUNG, SR., | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:CV-13-2232 |
| COMMONWEALTH OF PA., et al., | : (Judge Kosik) |
| Defendants | : |

## ORDER

1. The motion to dismiss filed by Defendants Pennsylvania and Department of Corrections (Doc. 14) is **granted**. All claims set forth against these Defendants are **dismissed in their entirety**.

2. Plaintiff shall file an amended complaint within twenty (20) days from the date of this order in accordance with the attached Memorandum. The amended complaint shall carry the same civil docket number (3:13-CV-2232) presently assigned to this matter. The Clerk of Court shall forward to Plaintiff two blank § 1983 civil rights form complaints for his use in filing the amended complaint, as well as the required service forms.

8/20/14

EDWIN M. KOSIK
United States District Judge