IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA E. YOUNG, | : | |
| Plaintiff, | : | 3:13-cv-2232 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| COUNSELOR HAWK, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**August 30, 2017**

NOW THEREFORE, upon consideration of the motion (Doc. 51) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 51) for summary judgment is GRANTED. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge
